In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-23-00143-CR
_____

TONNY LYNN MILLS, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-07-09788-CR**

_____

**MEMORANDUM OPINION**

A jury convicted Appellant Tonny Lynn Mills of the first-degree felony offense of continuous sexual abuse of a child. *See* Tex. Penal Code Ann. § 21.02(b), (h)[1]. Mills elected to have the jury assess punishment, and the jury sentenced him to fifty years of confinement.

---

[1] Appellant was subject to a minimum sentence, upon conviction, to 25 years in the Texas Department of Criminal Justice pursuant to paragraph (h) of the statute.

Mills's appellate counsel filed an *Anders* brief presenting counsel's professional evaluation of the record and concludes that the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On November 9, 2023, we notified Mills that he could file a pro se brief and the deadline for doing so. Mills has not filed a response. The Court of Criminal Appeals has held that we need not address the merits of issues raised in an *Anders* brief or pro se response. *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). Rather, an appellate court may determine: (1) "that the appeal is wholly frivolous and issue an opinion explaining that it has reviewed the record and finds no reversible error[;]" or (2) "that arguable grounds for appeal exist and remand the cause to the trial court so that new counsel may be appointed to brief the issues." *Id.*

We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. *See id.* Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[2]

---

[2] Mills may challenge our decision by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

AFFIRMED.

JAY WRIGHT
Justice

Submitted on July 24, 2024
Opinion Delivered August 7, 2024
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.